# UNITED STATES DISTRICT COURT
for the

District of Nebraska

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Manuel Menchaca ) | Case No: 8:12CR83 |
| ) | USM No: 24768-047 |
| Date of Original Judgment: 10/18/2012 ) | |
| Date of Previous Amended Judgment: ) | Karen M. Shanahan |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  151 months for Count I  ~~months~~ is reduced to  140 months for Count I  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  10/18/2012  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 12/17/2015

*Judge's signature*

Laurie Smith Camp, Chief U.S. District Judge
*Printed name and title*

Effective Date:
*(if different from order date)*

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: Manuel Menchaca
CASE NUMBER: 8:12CR83
DISTRICT: District of Nebraska

## I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level: 29     Amended Total Offense Level: 28
Criminal History Category: VI        Criminal History Category: VI
Previous Guideline Range: 151 to 188 months     Amended Guideline Range: 140 to 175 months

## II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

## III. ADDITIONAL COMMENTS

The Defendant's pro se Motion to Reduce Sentence - USSC Amendment (Filing No. 114) is granted, the Defendant's Unopposed Motion to Reduce Sentence - USSC Amendment (Filing No. 130) is granted; the parties' Amended Stipulation regarding the Unopposed Motion to Reduce Sentence - USSC Amendment (Filing No. 132) is approved; and the parties' Stipulation regarding the Unopposed Motion to Reduce Sentence - USSC Amendment (Filing No. 131) is denied as moot.