# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | **8:12CR83** |
| vs. | |
| **MANUEL MENCHACA,** | **ORDER** |
| Defendant. | |

This matter is before the Court on the Defendant's Motion for Reconsideration, ECF No. 139. The Court has carefully reviewed the Motion and the Court's earlier Memorandum and Order, ECF No. 135, and finds the Defendant's Motion for Reconsideration should be denied.

IT IS ORDERED:

1. The Defendant's Motion for Reconsideration, ECF No. 139, is denied; and
2. The Clerk will mail a copy of this Order to the Defendant at his last known address.

Dated this 4th day of May 2020.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge